# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Michael Owen Harriot, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.       3:19-cv-02482-JFA |
| | ) | |
| | ) | |
| United States *(Federal Bureau of Investigation "FBI")*, | ) | |
| | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Michael Owen Harriot, shall take nothing of the defendant, United States *(Federal Bureau of Investigation "FBI")*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing  the action.

Date:   October 4, 2019                                     *ROBIN L. BLUME, CLERK OF COURT*


                                                                              s/L. Baker
                                                          _____
                                                               *Signature of Clerk or Deputy Clerk*